IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA          :
                                  :
v.                                :          CRIMINAL NO. 5:19-CR- 5 ̸ 6
                                  :
DEON M. MOORE                     :          VIOLATIONS: 18 U.S.C. § 2251(a)
                                  :                      18 U.S.C. § 2
_____    :                      18 U.S.C. § 2253


THE GRAND JURY CHARGES:


COUNT ONE
[Sexual Exploitation of a Child – 18 U.S.C. §§ 2251(a) and (e)]


On or about July 31, 2018, in the Macon Division of the Middle District of Georgia and

elsewhere within the jurisdiction of this court, defendant,

DEON M. MOORE,

persuaded, induced, enticed, and coerced a minor, Jane Doe 1, to engage in sexually explicit

conduct for the purpose of producing a visual depiction of such conduct, and attempted to do so,

knowing and having reason to know that such visual depiction would be transmitted using a

facility of interstate commerce and in and affecting interstate commerce; and the visual depiction

was actually transmitted using a facility of interstate commerce and in and affecting interstate

commerce; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
[Sexual Exploitation of a Child – 18 U.S.C. §§ 2251(a) and (e)]


On or about May 19, 2018, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this court, defendant,

## DEON M. MOORE,

persuaded, induced, enticed, and coerced a minor, Jane Doe 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and attempted to do so, knowing and having reason to know that such visual depiction would be transmitted using a facility of interstate commerce and in and affecting interstate commerce; and the visual depiction was actually transmitted using a facility of interstate commerce and in and affecting interstate commerce; all in violation of Title 18, United States Code, Sections 2251(a) and (e).


## COUNT THREE
[Sexual Exploitation of a Child – 18 U.S.C. §§ 2251(a) and (e)]


On or about September 28, 2017, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this court, defendant,

## DEON M. MOORE,

persuaded, induced, enticed, and coerced a minor, Jane Doe 3, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and attempted to do so, knowing and having reason to know that such visual depiction would be transmitted using a facility of interstate commerce and in and affecting interstate commerce; and the visual depiction was actually transmitted using a facility of interstate commerce and in and affecting interstate commerce; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## FORFEITURE NOTICE

1.      The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeitures to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 2253.

2.      Upon conviction of the offense(s) in violation of Title 18, United States Code, Sections 2251(a) and (e) set forth in Counts One, Two, and/or Three of this Indictment, the defendant,

DEON M. MOORE,

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 2253:

(a)      Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

(b)      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

(c)      Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property.

3.      If, as a result of any act or omission of the defendant, any property subject to forfeiture:

(a)      cannot be located upon the exercise of due diligence;

(b)     has been transferred, sold to or deposited with, a third person;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

All pursuant to 18 U.S.C. § 2253.

A TRUE BILL.

_____
s/FOREPERSON OF THE GRAND JURY

Presented by:

CHARLES E. PEELER
UNITED STATES ATTORNEY

PAUL C. McCOMMON III
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this ___10___ day of September, 2019.

_____
Deputy Clerk