IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

Filed at 11:19 A.M.
7/30, 20 20
K. Tarafew
Deputy Clerk, U.S. District Court
Middle District of Georgia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 5:19-CR-56 (MTT) |
| | : | |
| DEON M. MOORE | : | |

## CHANGE OF PLEA

I, DEON M. MOORE, having been advised of my Constitutional rights, and having had the charges herein stated to me, hereby withdraw my plea of not guilty to the Indictment previously entered on the 17th day of October, 2019, in the above-stated case, and now plead GUILTY to Count Two of the Indictment in said case, my plea being made in open Court, this 30th day of July, 2020.

Pursuant to a written plea agreement, the terms of which are subject to acceptance or rejection by the Court at such time as the Court has considered a presentence report, I do hereby plead GUILTY to Count Two of the Indictment this 30th day of July, 2020.

_____
DEON M. MOORE
DEFENDANT

WITNESSES:

_____
CHRISTINA L. HUNT
ATTORNEY FOR DEFENDANT

_____
PAUL C. McCOMMON III
ASSISTANT UNITED STATES ATTORNEY