# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIM. NO. 5:19-CR-56-MTT |
| v. : | |
| : | |
| DEON M. MOORE, : | |
| : | |
| Defendant. : | |
| : | |

## MOTION FOR ADDITIONAL DECREASE FOR
## ACCEPTANCE OF RESPONSIBILITY PURSUANT TO U.S.S.G. SECTION 3E1.1(b)

COMES NOW, the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and files this Motion for Additional Decrease for Acceptance of Responsibility Pursuant to U.S.S.G. Section 3E1.1(b). In support hereof, the United States shows that the Defendant, DEON M. MOORE, assisted authorities in the prosecution of Defendant's own misconduct by timely notifying authorities of Defendant's intention to enter a guilty plea, thereby permitting the Government to avoid preparing for trial and permitting the Government and the Court to allocate their resources efficiently.

Therefore, in the event that the defendant qualifies for a two level decrease for acceptance of responsibility pursuant to Section 3E1.1(a) of the United States Sentencing Guidelines, and if the Defendant's offense level as determined prior to the operation of Section 3E1.1(a) is level 16 or greater, the United States moves the Court to make an additional one level decrease in the offense level pursuant to Section 3E1.1(b).

Respectfully submitted, this 2nd day of December, 2020.

                                      CHARLES E. PEELER
                                      UNITED STATES ATTORNEY
                                      MIDDLE DISTRICT OF GEORGIA


BY:    *s/ Paul C. McCommon, III*
PAUL C. MCCOMMON, III
Assistant United States Attorney
Georgia Bar Number 484650
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 621-2632
Fax: (478) 621-2655

## CERTIFICATE OF SERVICE

I, PAUL C. MCCOMMON, III, Assistant United States Attorney, hereby certify that on the 2nd day of December, 2020, I filed the within and foregoing *Motion for Additional Decrease for Acceptance of Responsibility Pursuant to U.S.S.G. Section 3E1.1(b)* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

CHARLES E. PEELER
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA


BY:   *s/ Paul C. McCommon, III*
PAUL C. MCCOMMON, III
Assistant United States Attorney
Georgia Bar Number 484650
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 621-2632
Fax: (478) 621-2655