UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA



## MINUTE SHEET – SENTENCING (IN-PERSON)

Date:  12/10/2020                     Time in Court:  3:00-3:30=30 mins

Judge:  Marc Treadwell                Reporter:       Darlene Fuller

Courtroom Deputy:  Nora Paul          Interpreter:    N/A

                     Case Number:  5:19-cr-56-MTT

USA                                   Counsel:        Paul McCommon

V

Deon M. Moore                         Counsel:        Tina Hunt

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter for an official transcript.*

**U.S. Probation Department in attendance.**

**The Court does not accept the plea agreement.  Deft withdraws his plea and requests trial be specially set in July 2021 as the case has been declared complex. Discovery is complete.**

**Deft remanded to the custody of the USMS.**