IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**MINUTE SHEET OF SENTENCING HEARING**



| | | | |
|---|---|---|---|
| Date: | 11/30/2021 | Court Time for MJSTAR/JS10: | 38 minutes<br>2:02 – 2:40 pm |
| Judge: | Marc T. Treadwell | Court Reporter: | Tammy DiRocco |
| Courtroom Deputy: | Kim A. Tavalero | Interpreter: | |

**CASE NO. 5:19-CR-56-001 (MTT)**

| | | | |
|---|---|---|---|
| U.S.A. | | AUSA: | Paul McCommon |
| v. | | | |
| Deon Moore | | Counsel: | Tina Hunt |
| Agent/Experts in attendance: | | Leigh Stanford, USPO | |

**OFFENSE LEVEL: 38**　　　　　　　　　　**CATEGORY: I**　　**RANGE: 235 - 293 months**
**IMPRISONMENT: 216 months**　　　**SUPERVISED RELEASE: Life**
**PROBATION:**

### CONDITIONS

- ☒ A **mandatory assessment fee** of **$100.00** is to be paid immediately.
- ☒ **Fine is waived.** It is the Court's judgment that the defendant is unable and not likely to become able to pay all or part of a fine even with the use of a reasonable installment schedule. Therefore, the Court waives the fine as well as any alternative sanctions in this case.
- ☒ Financial penalties shall be paid in accordance with the Court's Standing Order 2017-02.
- ☒ The period of supervised release shall include the mandatory, standard, and special conditions as noted in the Presentence Report and the Court's Standing Order 2017-02.

**ADDITIONAL CONDITIONS/COMMENTS:**

- ☒ Defendant confirmed to the Court that he reviewed the presentence investigation report and addendum with his attorney

Restitution: $2,000 to be paid immediately to J.J.

Mandatory drug testing suspended.

Defendant shall forfeit items as noted in the plea agreement.

VOLUNTARY SURRENDER:　☐ Yes　☒ No　APPEAL INFORMATION GIVEN TO:　☒ Atty　☒ Dft

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*