RECD 21DEC01PM0250MDGAMAC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *  Case No. 5:19-CR-056-MTT-CHW-1 |
| | * |
| DEON M. MOORE | * |

## WAIVER OF APPEAL RIGHTS

On November 30, 2021, counsel and Defendant, in the above matter, were provided with written notice of Defendant's appeal rights. Further, counsel was ordered by the Court to file a Notice of Appeal or written Waiver of Appeal Rights within fourteen (14) days after entry of the written judgment. Following consultation with counsel and explanation to Defendant of his appeal rights, counsel and Defendant hereby execute this written Waiver of Appeal Rights as directed by the Court.

This 30th day of November, 2021.

_____
DEON M. MOORE
Defendant

_____
CHRISTINA L. HUNT
Executive Director
Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Blvd.
Suite 400
Macon, Georgia 31201
Ga. Bar No. 378501
Email: Tina_Hunt@fd.org
Phone: (478) 743-4747