# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : CASE NO.: 5:19-CR-56 (MTT) |
| | : |
| **DEON M. MOORE** | : |
| | : |
| **Defendant** | : |

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on December 1, 2021, and ending on December 30, 2021.  (See Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 4, 2022, at Macon, Georgia.

                               PETER D. LEARY
                               UNITED STATES ATTORNEY

BY:   */s/ Mike Morrison*
        MIKE MORRISON
        Assistant United States Attorney
        Georgia Bar No.: 153001
        United States Attorney's Office
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Facsimile: (478) 621-2682
        Mike.Morrison@usdoj.gov

## CERTIFICATE OF SERVICE

I, MIKE MORRISON, Assistant United States Attorney, hereby certify that on this date, I electronically filed the within and foregoing **Declaration of Publication** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED, this 4th day of January, 2022.

                        PETER D. LEARY
                        UNITED STATES ATTORNEY

BY:    */s/ Mike Morrison*
        MIKE MORRISON
        Assistant United States Attorney
        Georgia Bar No.: 153001
        United States Attorney's Office
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Facsimile: (478) 621-2682
        Mike.Morrison@usdoj.gov