# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO.: 5:19-CR-56 (MTT) |
| DEON M. MOORE | : |
| **Defendant** | : |

## NOTICE OF FINALIZATION OF CRIMINAL FORFEITURE

COMES NOW, the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and hereby notifies this Court of the finality of the Renewed Preliminary Order of Forfeiture [Doc. 68] as to the following property: one (1) ZTE cellular device, Serial Number: FE33E4ED; one (1) LG cellular device, Serial Number: 809CYUK907150; and one (1) ZTE cellular device, Serial Number: 325184073981.

Internet Advertisement Completed/Last Date of Publication: December 30, 2021

Deadline for Submission of Claims/Petitions: January 31, 2022

Sentencing Date: November 30, 2021

Judgment Date: December 3, 2021

No claims/petitions were received for the above listed property. Notice is hereby given that **forfeiture is final.**

Respectfully submitted this 1st day of March, 2022.

        PETER D. LEARY
        UNITED STATES ATTORNEY


    BY: */s/ Michael D. Morrison*
       MICHAEL D. MORRISON
       Assistant United States Attorney
       Georgia Bar No.: 153001
       United States Attorney's Office
       Post Office Box 1702
       Macon, Georgia 31202-1702
       Telephone: (478) 752-3511
       Facsimile: (478) 621-2682
       Mike.Morrison@usdoj.gov

## CERTIFICATE OF SERVICE

I, MICHAEL D. MORRISON, Assistant United States Attorney, hereby certify that I electronically filed the within and foregoing **Notice of Finalization of Criminal Forfeiture** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

DATED, this 1st day of March, 2022.

PETER D. LEARY
UNITED STATES ATTORNEY

BY:   */s/ Michael D. Morrison*
MICHAEL D. MORRISON
Assistant United States Attorney
Georgia Bar No.: 153001
United States Attorney's Office
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
Facsimile: (478) 621-2682
Mike.Morrison@usdoj.gov